30 September 2015

32,505-04

Court of Criminal Appeals of Texas
Clerk, Hon. David Acosta
12308 (P.O. Box) Capitol Station
Austin, Texas 78711

Re: Ex Parte Stephen E. Davis; Writ No.: WR-32,505-04;
Trial Ct. No.: 23,477-A; Copies of the Following Documents
Filed with the 411th District Court of Polk County, Texas;
"Motion For Appointment Of Counsel"; "Motion For Hearing
By Conference Call"

Dear Mr. Acosta:
    Greetings, Sir. As I am the applicant in the above-styled and
numbered cause(s), please find enclosed a hand-written, true and
correct copy of each of the two above-mentioned ~~mentioned~~ motions
filed with the said trial court.
    Thank you and please have a good day, Sir.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

Sincerely,

Stephen E. Davis

Stephen E. Davis #1976027
Stringfellow Unit, TDCJ-ID
1200 FM 655
Rosharon, Texas 77853

CAUSE NO. 23,477-A
WR-32,505-04

EX PARTE                          X          IN THE 411TH
STEPHEN E. DAVIS,                 X          DISTRICT COURT OF
APPLICANT, PRO SE.                X          POLK COUNTY, TEXAS
                          X X X XX

## MOTION OF REQUEST FOR APPOINTMENT OF COUNSEL PURSUANT TO ARTICLE 1.051. TEXAS CODE OF CRIMINAL PROCEDURE

TO THE HONORABLE JUDGE OF THE 411TH DISTRICT COURT OF POLK COUNTY:

NOW COMES, STEPHEN E. DAVIS, APPLICANT (DEFENDANT) PRO SE, IN THE ABOVE-STYLED AND NUMBERED CAUSE(S) OF HABEAS CORPUS, AND REQUESTS THAT THE COURT APPOINT COUNSEL TO REPRESENT AND ASSIST HIM IN HIS HABEAS PROCEEDINGS, PURSUANT TO TEXAS CODE CRIM. PROC. ART. 1.051(C).

ARTICLE 1.051(C) STATES AS FOLLOWS: "AN INDIGENT DEFENDANT IS ENTITLED TO HAVE AN ATTORNEY APPOINTED TO REPRESENT HIM IN ANY ADVERSARY JUDICIAL PROCEEDING THAT MAY RESULT IN PUNISHMENT BY CONFINEMENT...." APPLICANT IS INDIGENT AND AN "DECLARATION OF INABILITY TO PAY COST IS ATTACHED AND INCORPORATED HERETO AS EXHIBIT 1.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, APPLICANT, STEPHEN E. DAVIS PRAYS THAT THIS HONORABLE COURT GRANT THIS HIS MOTION FOR APPOINTMENT OF COUNSEL AND APPOINT CECIL E. BERG TO BE HIS ATTORNEY OF RECORD TO HELP ASSIST IN HIS HABEAS PROCEEDINGS.

RESPECTFULLY SUBMITTED,

APPLICANT          PRO SE

STEPHEN E. DAVIS #1976027
STRINGFELLOW UNIT, TDCJ-ID
1200 FM 655
ROSHARON, TEXAS 77853

# EXHIBIT 1.

## DECLARATION OF INABILITY TO PAY COSTS

(THE FOLLOWING DECLARATION IS MADE PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE AND TITLE 6, CHAPTER 132 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE)

NOW RESPECTFULLY COMES, STEPHEN E. DAVIS, TDCJ NO. 1976027, AND DECLARES THAT I AM UNABLE TO PAY THE COST OF COURT IN THIS CIVIL ACTION AND REQUESTS LEAVE OF THE COURT TO PROCEED IN FORMA PAUPERIS IN THIS ACCOMPANYING CIVIL ACTION AND WOULD SHOW THE COURT THE FOLLOWING:

1) I AM PRESENTLY INCARCERATED IN THE STRINGFELLOW UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE WHERE I AM NOT PERMITTED TO EARN OR HANDLE MONEY.

2) I HAVE NO SOURCE OF INCOME OR SPOUSAL INCOME.

3) I CURRENTLY HAVE $0.00 CREDITED TO ME IN THE INMATE TRUST FUND.

4) DURING MY INCARCERATION IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, I HAVE RECIEVED APPROXIMATELY $150.00 IN 9 MONTHS TOTAL FROM FAMILY AS GIFTS

5) I NEITHER OWN OR HAVE ANY INTEREST IN ANY REALTY, STOCKS, BONDS, OR BANK ACCOUNTS AND I RECIEVE NO INTEREST OR DIVIDEND INCOME FROM ANY SOURCE.

6) I HAVE 0 DEPENDENTS.

7) I HAVE TOTAL DEBTS OF APPROXIMATELY $10,000.

8) I OWE $20,000 DOLLARS AS RESTITUTION.

9) MY MONTHLY EXPENSES ARE APPROXIMATELY $30.00.

I, STEPHEN E. DAVIS, TDCJ NO. 1976027, BEING PRESENTLY INCARCERATED IN THE STRINGFELLOW UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN BRAZORIA COUNTY, TEXAS, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THE 1ST DAY OF SEPTEMBER, 2015.

_____
DECLARANT

TDCJ NO. 1976027

CAUSE NO. 23,477-A
WR-32,505-04

EX PARTE                                  X                    IN THE 411TH
STEPHEN E. DAVIS,                         X                    DISTRICT COURT OF
APPLICANT, PRO SE.                        X                    POLK COUNTY, TEXAS

XXXXXXX

## ORDER FOR APPOINTMENT OF COUNSEL

CAME ON THIS DAY FOR CONSIDERATION THE DEFENDANTS REQUEST FOR APPOINTMENT OF COUNSEL TO ASSIST HIM IN HIS HABEAS CORPUS PROCEEDINGS IN THE ABOVE-STYLED CAUSE PURSUANT TO TEXAS CODE OF CRIM. PROC. ART. 1.051. THE COURT HAS REVIEWED THE REQUEST AND AFFADAVIT OF INDIGENCY IN THIS MATTER, AND IT IS HEREBY;

ORDERED THAT CECIL E. BERG, ESQ., SHALL BE APPOINTED TO REPRESENT DEFENDANT PURSUANT TO TEX. CODE OF CRIM. PROC. ART. 1.051. ACCORDINGLY, THE FOLLOWING ATTORNEY IS HEREBY APPOINTED AND INSTRUCTED TO CONTACT HIS CLIENT REGARDING THIS MATTER.

NAME: CECIL E. BERG

ADDRESS: POLK COUNTY, LIVINGSTON, TEXAS

IT IS FURTHER ORDERED THAT A COPY OF THIS ORDER SHALL BE SENT TO THE DEFENDANT BY THE CLERK OF THIS COURT.

_____
PRESIDING JUDGE

## CERTIFICATE OF SERVICE

I, Stephen E. Davis, hereby certify that I have delivered a copy of this motion the prison mailroom officials for delivery via U.S. mail, to the following:

Bobbye Richards, Polk County District Clerk
101 W. Mill Street, Suite 216
Livingston, Texas 77351

Court of Criminal Appeals of Texas
Clerk, David Acosta
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Executed on this 30th Day of September, 2015.

Respectfully Submitted,

_(signature)_
Certificant

## DECLARATION

I, Stephen E. Davis, #1976027, being presently incarcerated in the Stringfellow Unit, TDCJ-ID, in Brazoria County, Texas, declare under penalty of perjury, the foregoing to be true and correct.

_(signature)_
Declarant, Pro Se

Stephen E. Davis #1976027
Stringfellow Unit, TDCJ-ID
1200 FM 655
Rosharon, Texas 77853

CAUSE NO. 23,477-A
WR-32,505-04

EX PARTE             X         IN THE 411TH
STEPHEN E. DAVIS,      X         DISTRICT COURT OF
APPLICANT, PRO SE.     X         POLK COUNTY, TEXAS
                    X
X X X X X

## MOTION FOR HEARING BY CONFERENCE CALL

TO THE HONORABLE JUDGE OF THE 411TH DISTRICT COURT OF POLK COUNTY, TEXAS

NOW COMES, STEPHEN E. DAVIS, APPLICANT, PRO SE, IN THE HABEAS CORPUS APPLICATION AND FILES THIS MOTION AND STATES UNDER OATH AND PENALTY OF PERJURY, IN ACCORDANCE WITH TITLE 6 OF TEXAS PRACTICES AND REMEDIES CODE, CHAPTER 132:

MY NAME IS STEPHEN E. DAVIS, APPLICANT, MY OFFENDER NO. IS 1976027. I AM PRESENTLY INCARCERATED IN THE STRINGFELLOW UNIT, IN THE ANGLETON AREA OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE, LOCATED AT 1200 FM 655 IN ROSHARON, TEXAS 77853.

I AM UNABLE TO PERSONALLY APPEAR BEFORE THIS HONORABLE COURT AND GIVE TESTIMONY IN THIS CAUSE AND RESPECTFULLY REQUEST THE COURT TO HOLD ALL HEARINGS BY TELEPHONE CONFERENCE CALL WITH ME BY CALLING THE STRINGFELLOW UNIT AT 281-595-3413.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, APPLICANT STEPHEN E. DAVIS GRANT THIS MOTION TO APPEAR TELEPHONICALLY AT THE HEARING IN THIS HABEAS CORPUS PROCEEDING. SO PRAYED.

RESPECTFULLY SUBMITTED,

Stephen E. Davis
APPLICANT, PRO SE

STEPHEN E. DAVIS # 1976027
STRINGFELLOW UNIT, TACT-II
1200 FM 655
ROSHARON, TEXAS 77853

CAUSE NO. 23,477-A
WR-32,505-04

EX PARTE                         X                 IN THE 411TH
STEPHEN E. DAVIS,                X                 DISTRICT COURT OF
APPLICANT. PRO SE.               X                 POLK COUNTY, TEXAS
                                 X
                              XXXXX

                              ORDER

ON THE ____ DAY OF _____, 2015, THE COURT HEARD THE MOTION OF APPLICANT TO APPEAR TELEPHONICALLY: STEPHEN E. DAVIS, TDCJ NO. 1976027, FOR HEARING IN THIS HABEAS CORPUS PROCEEDING: THE COURT IS OF THE OPINION THAT SUCH AND MOTION SHOULD BE GRANTED AND IT IS HEREBY ORDERED THAT APPLICANT SHOULD BE CONTACTED AT THE THIS UNIT TELEPHONE NUMBER (281) 595-3413, ON THE _____ DAY OF _____, 2015.

SIGNED AND ENTERED ON THIS DAY, THE _____ DAY OF _____ 2015.


                              _____
                              JUDGE PRESIDING
                              411TH DISTRICT COURT
                              POLK COUNTY, TEXAS

# CERTIFICATE OF SERVICE

I, STEPHEN E. DAVIS, BEING PRESENTLY INCARCERATED IN BRAZORIA COUNTY, TEXAS, AND UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. § 1746, DO HEREBY CERTIFY THAT I HAVE DELIVERED A COPY OF THIS "MOTION BY HEARING FOR CONFERENCE CALL" TO THE PRISON MAILROOM OFFICIALS FOR DELIVERY TO THE FOLLOWING INDIVIDUALS:
EXECUTED ON THIS 30TH DAY OF SEPTEMBER, 2015.

POLK COUNTY DISTRICT CLERK
BOBBYE RICHARDS
101 W. MILL ST., SUITE 216
LIVINGSTON, TEXAS 77351

COURT OF CRIMINAL APPEALS OF TEXAS
CLERK, DAVID ACOSTA
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

RESPECTFULLY SUBMITTED,

CERTIFICANT

STEPHEN E. DAVIS #1976027
STRINGFELLOW UNIT, TDCJ-ID
1200 FM 655
ROSHARON, TEXAS 77853

---

# DECLARATION

I, STEPHEN E. DAVIS, TDCJ NO. 1976027, BEING PRESENTLY INCARCERATED IN THE STRINGFELLOW UNIT, TDCJ-ID, LOCATED IN BRAZORIA COUNTY, TEXAS, DECLARE UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. § 1746, THAT THE FOREGOING IS TRUE AND CORRECT, THIS BEING THE 30TH DAY OF SEPTEMBER, 2015.

DECLARANT, PRO SE

STEPHEN E. DAVIS #1976027
STRINGFELLOW UNIT, TDCJ-ID
1200 FM 655
ROSHARON, TEXAS 77853